UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

AIU INSURANCE COMPANY,                       :

                                         Petitioner,   :

                                                             :       22-CV-4393 (JPO)
                           -v-                        :
                                                              :            <u>ORDER</u>

TIG INSURANCE COMPANY,                       :

                                        Respondent.  :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

     The Clerk of the Court is directed to unseal this case. Prior filings in this case shall remain under seal pending further order. Future filings, including the transcript of the telephonic conference held on August 24, 2023, shall be filed publicly, absent permission for filing under seal.

     SO ORDERED.

Dated: August 24, 2023
         New York, New York

                                                       J. PAUL OETKEN
                                             United States District Judge